84,387-01,02

The Honorable Clerk of the Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

"Concerning": my writ of Habeas Corpus (11.07) filed in Williamson County, Texas that should be in your Court Right Now (93-069-K277A & 93-070-K277A). STYled Ex Parte Joseph Paul Mayzone. Enclosed is a supplemental ineffective Assistance grounds to be added to my application I have already submitted a Copy of the Supplemental grounds to the Williamson County District clerk filed under the prison Mail Box rule filed on the date of 12-11-15 I am now placing this in the mail box to you on the date of 12-15-15

Joseph P. Mayzone
#660054
Telford Unit
3899 State Hwy 98
New Boston, TX
75570

X Joseph Mayzone

Supplemental Grounds

**GROUND: FOUR :**

Defense counsel was ineffective in violation of the 6th & 14th Amendment to the United States Constitution.

**FACTS SUPPORTING GROUND:**

All of the supporting facts to all ineffectiveness of counsel listed below is already presented in the present grounds #1-#3.

All facts in grounds #1-#3 are incorporated herein by reference.

A: Defense counsel failed to object to the impostion of an illegal and void sentence.

B: Defense counsel failed to object to multiple punishments for offenses that arose out of the same criminal episode.

C: Defense counsel let the Applicant plead guilty to an illegal sentence.

D: Defense counsel allowed the Applicant to plead true to the enhancement paragraph of indictment, when the offenses arose out of the same criminal episode.

These ineffectiveness of counsel grounds were previously raised by mistake in a motion for evidentiary hearing. See Applicant's already filed "Applicant's Request for a live evidentiary hearing specifically responding to these issues", p. 6

The Applicant is not trained in the law, and now supplements the 11.07 with these ineffectiveness of assistance grounds since the Court of Criminal Appeals has not yet rendered an opinion on grounds #1-#3.

The Applicant will instantly send a copy of this supplement to both courts. Habeas trial court (Williamson County, TX); & the Court of Criminal Appeals of Texas, Austin, TX.

Please demand a response from defense counsel, and hold an evidentiary hearing.

blank page.

blank page.

blank page.